FILED
CLERK, U.S. DISTRICT COURT
July 8, 2026
CENTRAL DISTRICT OF CALIFORNIA
BY: IV DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEVE ERNESTO AVILES,

Defendant.

Case No. 2:26-MJ-04021

**ORDER OF DETENTION**

[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)]

On July 8, 2026, Defendant Steve Ernesto Aviles made his initial appearance in this district following his arrest on the petition for revocation of supervised release and warrant for arrest issued in the Southern District of California. Defendant submitted on the detention recommendation in the Pretrial Services Report.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released. *See* 18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition: defendant is charged with using controlled substances, failing to participate in drug treatment, failing to follow instructions from the Probation Office, changing residences without notifying the Probation Officer, and absconding from supervision.

☒ history of failures to appear

Thus, Defendant has not demonstrated a willingness to abide by court orders and the Court is not convinced that the defendant will abide by its order to appear for future court appearances if released on bail.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released. *See* 18 U.S.C. § 3142(b-c). This finding is based on:

☒ allegations in the petition (see above)

☒ extensive criminal history

It is therefore ORDERED that Defendant Steve Ernesto Aviles is remanded to the custody of the U.S. Marshal to be transported to the United States District Court for the Southern District of California for further proceedings. **Both government counsel and counsel for the Defendant**

**are directed to follow up with government counsel in the charging district regarding the Defendant's next scheduled appearance, and the status of the Defendant's transportation to, and arrival in, the charging district for the appearance.**

The Defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined will deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. *See* 18 U.S.C. § 3142(i).

Dated: July 8, 2026

Patricia Donahue

PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE